Case 2:18-mj-02722-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 10/15/18   Page 2 of 13   Page ID #:31

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:18-MJ-2722 | Date and time warrant executed: 10/16/2018 @ 0630 | Copy of warrant and inventory left with: Mr. Damain Wilson |
|---|---|---|
| Inventory made in the presence of: SA Michael Roelofs, USACIDC ||| 
| Inventory of the property taken and name of any person(s) seized: See attached Evidence/Property Custody Document (2 pages) |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/17/2018

*Executing officer's signature*

SA James Rubstello, 8465
*Printed name and title*

| EVIDENCE./PROPERTY CUSTODY DOCUMENT | MPR/CID SEQUENCE NUMBER |
|---|---|
| For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command | 00027-2017-CID321 |
| | CRD REPORT/CID ROI NUMBER |
| | 021063 |

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| Fort Huachuca CCIU Office | Fort Huachuca, AZ 85613 |

| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED | ADDRESS |
|---|---|
| ☐ OWNER<br>☒ OTHER    Recovery Scene | N/A |

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| From Various locations within residence of Mr. Damain Wilson 16208 Cornuta Ave, Apt #19, Bellflower, CA 90706 | Evidence | 0709-0801 / 16 Oct 18 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | **Laptop:** Black, grey, silver and white in color, of plastic, rubber and metal type construction measuring approximately 17" X 10" X 10" in size. Item bears manufacture markings "HP" on front screen of laptop. **Model number: 17-1001DX** and **serial number "5CD434267M"**. Unknown operation condition and as item was not powered on during collection. Charger included bearing manufacture number **WDFZU0A1R5Q0VA**. Item appears to be in worn like condition with scratches throughout and was in used like condition. Item was placed into a clean cardboard box, sealed and marked for identification with **0709, 16 Oct 18, MJR.** |
| 2 | 1 | **Cell Phone:** Black, silver and gray in color, of metal, plastic, and glass type construction, Brand name Apple. Item is in damaged condition with badly cracked screen and sections missing. Bearing apple logo on back of phone, **IMEI Number: 358371063788353, model A1549.** Cell phone was placed in a clean manila envelope, sealed with brown paper packing tape and marked for identification across the seal with **0721, 16 Oct 18, MJR.** |
| 3 | 1 | **Cell Phone:** Black and clear of color, of metal, plastic and glass type construction, bearing manufacture markings "BLU". Items is in used like condition. Unknown operating condition. Model: **Dash L D050U S/N 1050021016007772. 0750, 16 Oct 18, MJR.** |
| | | ----------------------------------Continued on Page 2---------------------------------- |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-8 | 16 Oct 18 | SIGNATURE: N/A<br>NAME, GRADE OR TITLE: Recovery Scene | SIGNATURE: [signed]<br>NAME, GRADE OR TITLE: SA Michael J. Roelofs | Evaluated as Evidence |
| 1-8 | 16 17 Oct 18 | SIGNATURE: [signed]<br>NAME, GRADE OR TITLE: SA Michael Roelofs | SIGNATURE: #7735 0077 1982<br>NAME, GRADE OR TITLE: Fed Ex | Forwarded to Evidence Custodian Controlling Office MJR |

DA FORM 4137
1 Jul 76

Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete.

LOCATION _____   DOCUMENT NUMBER _____

00027-17-CID321-021063

From Various locations within residence of Mr. Damain Wilson 16208 Cornuta Ave, Apt #19, Bellflower, CA 90706

| ITEM # | QTY | DESCRIPTION OF ARTICLES |
|---|---|---|
| 4 | 1 | **Tablet**: Black, grey and silver in color, of plastic, glass, and metal type construction measuring approximately 11 X 8" X 1/4" in size. Item bears manufacture markings "IPAD". Model number: **A1671** and serial number "**DLXV67KGHP34**". Device placed into airplane mode. Item appears to be in worn like condition with scratches throughout and was in used like condition. Item was placed into a clean cardboard box, sealed and marked for identification with **0750, 16 Oct 18, MJR** (Living Room Bed) |
| 5 | 1 | **Cell Phone:** Black, silver and gray in color, of metal, plastic, and glass type construction, Brand name Apple. Item contains SIM card bearing marking …"**89014…4714**" Bearing apple logo on back of phone, IMEI Number and serial number not available. Item was placed in Airplane mode. No additional identifying features on the phone. Cell phone was placed in a clean manila envelope, sealed with brown paper packing tape and marked for identification across the seal with **0751, 16 Oct 18, MJR.** (Living Room Couch) |
| 6 | 1 | **Cell Phone:** Black, silver and gray in color, of metal, plastic, and glass type construction, Brand name Blackberry. Item contains SIM card bearing marking …"**89014…9381**" and SD Card bearing marking **ADATA 32** GB, IMEI Number and serial number not available. Item was placed in Airplane mode. No additional identifying features on the phone. Cell phone was placed in a clean manila envelope, sealed with brown paper packing tape and marked for identification across the seal with **0752, 16 Oct 18, MJR.** (Living Room Couch) |
| 7 | 1 | **Cell Phone:** Black, silver and gray in color, of metal, plastic, and glass type construction, Brand name ZTE. Item contains no SIM card **Model Number Z557BL S/N: 325284050452**. Item is in used like condition. Cell phone was placed in a clean manila envelope, sealed with brown paper packing tape and marked for identification across the seal with **0758, 16 Oct 18, MJR.** (Living Room coffee table 1). |
| 8 | 1 | **Cell Phone:** White, black, silver and gray in color, of metal, plastic, and glass type construction, Brand name BLU. Item contains SIM card bearing manufacturer marking **8901…1884 Model Number C5C012Q S/N: 2070018018003155**. Item is in used like condition. Cell phone was placed in a clean manila envelope, sealed with brown paper packing tape and marked for identification across the seal with **0801, 16 Oct 18, MJR**. (Living Room coffee table 2).////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////Last Item//////////////////////////////////////////////////// |